

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00065-CV

_____

DAVID T. MARTINEAU, D/B/A HOP-MAR ENERGY, L.P., Appellant

V.

GEORGE LLOYD, RANDALL W. LLOYD, AND JUSTIN LLOYD, Appellees

On Appeal from the 188th Judicial District Court
Gregg County, Texas
Trial Court No. 2008-2337-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant, David T. Martineau, d/b/a Hop-Mar Energy, L.P., and Appellees, George Lloyd, Randall W. Lloyd, and Justin Lloyd, have filed with this Court a joint motion to dismiss the pending appeal in this matter and remand the cause to the trial court. The parties represent to this Court they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside, without regard to the merits, the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Jack Carter
Justice

Date Submitted: April 11, 2011
Date Decided: April 12, 2011